

# NUMBER 13-24-00001-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JOHN DAVID OSBORNE JR.,**                                    **Appellant,**

**v.**

**THE CITY OF HARLINGEN, AS THE
OWNER AND OPERATOR OF
VALLEY INTERNATIONAL AIRPORT,**                    **Appellee.**

---

## ON APPEAL FROM THE 103RD DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Peña
Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's motion to dismiss. Appellant no longer wishes to pursue this appeal.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to

dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
25th day of July, 2024.